IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IRENE SHIPE | : | |
|---|---|---|
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-00719 |
| HAVERFORD TOWNSHIP | : | |

| ROBERT LAWSON | : | |
|---|---|---|
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-00720 |
| HAVERFORD TOWNSHIP | : | |

## **ORDER**

AND NOW, this 16th day of February, 2010, upon consideration of Defendant Township of Haverford's Motion For Summary Judgment (Doc. No. 11), and all papers submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED and judgment is entered in favor of Defendant and against Plaintiffs Irene Shipe and Robert Lawson.

AND IT IS SO ORDERED.

BY THE COURT:


/s/ *R. Barclay Surrick*
U.S. District Judge